PROB 34  
(Rev. 5/01)

**Report and Order Terminating Supervised Release**



UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL CASE NO. 04-00036-001 |
| YU MEI TENG | |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **October 31, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Frederick Black, AUSA
John Gorman, FPD
Guam Bureau of Immigration and Customs Enforcement
File

**ORDER OF COURT**

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____ day of November 2006.

_____
HON. FRANCES TYDINGCO-GATEWOOD
Chief Judge
District of Guam

RECEIVED
NOV 15 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM